# EXHIBIT "A"

Dr. Eleonora Orloff, OD
Bronx Eye Associates
665 Pelham Parkway North
Bronx, NY 10467
Phone: (718) 519-1000
Fax: (718) 519-1001

Date: November 8, 2025

In re: **Benjamin Butler**

**To Whom It May Concern:**

This letter is to confirm that Mr. Benjamin Butler, born October 9, 1970**,** is an established patient of Bronx Eye Associates, where he receives ongoing ophthalmologic care. Mr. Butler has been diagnosed with Retinitis Pigmentosa (RP)**,** a progressive hereditary retinal dystrophy characterized by degeneration of the photoreceptor cells, particularly the rods and cones.

As a result of this condition, Mr. Butler experiences:

- Markedly reduced peripheral visual fields (tunnel vision)
- Impaired night vision (nyctalopia)
- Decreased contrast sensitivity
- Progressive constriction of functional visual field

His most recent examination demonstrates a severely constricted visual field**,** consistent with advanced Retinitis Pigmentosa. These findings meet the federal and New York State criteria for legal blindness**,** which include a visual field of 20 degrees or less in the better-seeing eye.

Retinitis Pigmentosa is a chronic, incurable, and progressive retinal disorder. At this time, there are no known treatments that can reverse or halt the degeneration. Mr. Butler's visual limitations are permanent and significantly impact his ability to perform daily tasks, navigate unfamiliar environments, and visually interpret printed or digital information without assistive technology.

We have advised Mr. Butler to continue utilizing low-vision aids and screen-reading software and have referred him to community-based vision rehabilitation services for additional support.

If you require any further information, please feel free to contact our office.

Sincerely,

*Dr. Eleonora Orloff, OD*
Dr. Eleonora Orloff, OD
Attending Ophthalmologist
Bronx Eye Associates