# EXHIBIT "B"

| Category | Issues | Pages | Benchmark |
|---|---|---|---|
| Overall Quality | | 44 pages with quality issues | ⊗ 22% have issues, worse than average |
| Errors | | 31 pages with broken links or other errors | ⊘ 15% have issues, better than average |
| Accessibility | | 44 pages with accessibility problems | ⊘ 22% have issues, better than average |
| Compatibility | | 0 pages with browser specific issues | ⊘ 0% have issues, better than average |
| Standards | | 44 pages have W3C standards issues | ⊗ 22% have issues, worse than average |
| Totals | | 209 pages and files checked | |