# EXHIBIT "C"

This tab shows site quality issues, including broken links and server configuration problems.

⊗ **Broken links - Some pages contain links that don't work.**

⊗ **Server configuration - Issues found.**

✓ ASP, ASP.NET and PHP script errors - No issues found.

✓ Internet RFCs - No issues found.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 1

5 issues on 31 pages

🔴 This img links to a file with the wrong MIME type for an image.

This can happen if you link an image to an HTML page, or the image is missing and an error page is returned instead.

Image: https://px.ads.linkedin.com/db_sync?pid=10339&puuid=b95da0dc3e564ec6b4a4986069054701a48c109818c3765cdc1128c969630f83791426b5417dce21&rand=07177185 file type is: .
https://enzocustom.com/

**Server Configuration** — 1 pages

Line 1855 1858 3127 3131 3132 ...

🔴 This link is broken. The link target could not be loaded due to an HTTP error.

This is sometimes a temporary problem, but if it persists it indicates a serious problem on your web server.

**Broken Link HTTP** — 1 pages

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/

Line 2535 2655 3337 3386

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/accessibility

Line 1766 1886

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/blog?p=1

Line 1931 2051

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/privacy-policy

Line 2260 2380

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/referral

Line 1874 1994

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/shop

Line 1535 1655

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/shop/accessories

Line 1762 1882

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/shop/accessories/bags

Line 1758 1878

Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request
https://enzocustom.com/shop/accessories/cuff-links

Line 1758 1878

Broken link report for https://enzocustom.com/

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/accessories/pocket-square | Line 1758 1878 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/accessories/suspenders | Line 1758 1878 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/accessories/ties | Line 1758 1878 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/bomber-jacket | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/dynamic-shirt | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/hunting-jacket | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/jacket | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/overcoat | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/suit-2p | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/suit-3p | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/trench-coat | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/trousers | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo | Line 1882 2002 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/dynamic-tuxedo-shirt | Line 1742 1862 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/tuxedo-2p | Line 1742 1862 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/tuxedo-3p | Line 1742 1862 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/tuxedo-jacket | Line 1742 1862 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/tuxedo-trouser | Line 1742 1862 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/tuxedo/tuxedo-waistcoat | Line 1742 1862 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/shop/waistcoat | Line 1764 1884 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/showroom | Line 1896 2016 | |
| | Broken link: https://www.facebook.com/EnzoCustomClothiers 400 Bad Request<br>https://enzocustom.com/terms-and-conditions | Line 2012 2132 | |
| 🔴 | This link is broken. The page could not be found on the target web server.<br><br>Fixing this depends on how the link became broken:<br><br>• The link has been mistyped and should be fixed<br>• The destination page has moved and the link should be updated<br>• The destination page no longer exists and the link should be removed<br>• A file has been accidentally deleted and should be replaced | Broken Link HTTP 404 | 2 pages |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/ | Line 2528 2648 | |
| | Broken link: https://enzocustom.com/src/services/accesibe.tsx 404 Not Found<br>https://enzocustom.com/ | Line 3936 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/accessibility | Line 1679 1759 1879 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/blog?p=1 | Line 1924 2044 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/privacy-policy | Line 2173 2253 2373 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/referral | Line 1867 1987 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop | Line 1528 1648 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories | Line 1755 1875 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories/bags | Line 1751 1871 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories/cuff-links | Line 1751 1871 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories/pocket-square | Line 1751 1871 | |

Case 1:26-cv-01491-JPO    Document 1-3    Filed 02/23/26    Page 5 of 6

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories/suspenders | Line 1751 1871 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/accessories/ties | Line 1751 1871 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/bomber-jacket | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/dynamic-shirt | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/hunting-jacket | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/jacket | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/overcoat | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/suit-2p | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/suit-3p | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/trench-coat | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/trousers | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo | Line 1875 1995 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/dynamic-tuxedo-shirt | Line 1735 1855 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/tuxedo-2p | Line 1735 1855 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/tuxedo-3p | Line 1735 1855 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/tuxedo-jacket | Line 1735 1855 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/tuxedo-trouser | Line 1735 1855 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/tuxedo/tuxedo-waistcoat | Line 1735 1855 | |

Broken link report for https://enzocustom.com/

Case 1:26-cv-01491-JPO    Document 1-3    Filed 02/23/26    Page 6 of 6

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/shop/waistcoat | Line 1757 1877 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/showroom | Line 1889 2009 | |
| | Broken link: https://enzocustom.com/cdn-cgi/l/email-protection 404 Not Found<br>https://enzocustom.com/terms-and-conditions | Line 1747 1925 2005 2125 | |
| 🔴 | This link is broken. The target anchor does not exist or is commented out.<br><br>The anchor after the # symbol points to a non-existent id on the target page. If the anchor link targets the same page nothing will happen when it's clicked. If the anchor link targets another page, then the top of the target page will be displayed instead of the intended location. In most cases the destination anchor has been removed accidentally and should be reinstated. | Broken Link | 1 pages |
| | id=login  id=signup<br>https://enzocustom.com/referral | Line 1774 1780 | |
| 🔴 | This page contains some spelling errors.<br><br>Click the word to add it to the dictionary. Click it again if you want to remove it. | | 4 pages |
| | customizations customizations<br>https://enzocustom.com/ | Line 2974 3146 | |
| | impactful<br>https://enzocustom.com/blog?p=1 | Line 1753 | |
| | customizations customizations<br>https://enzocustom.com/showroom | Line 1367 1608 | |
| | customizations<br>https://enzocustom.com/terms-and-conditions | Line 1816 | |