# EXHIBIT "D"

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key |
|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

8 issues on 44 pages

🔴 An element with a `role` that hides child elements contains focusable child elements.

**WCAG 2.1 A 4.1.2**
**Section 508 (2017) A 4.1.2**
**ARIA 1.2 Presentational Children**

1 pages

This element's role marks child elements as presentational, which hides them from the accessibility tree, but some of these children are focusable, so they can be navigated to, but are not voiced in a screen reader. The role may either be specified by the `role` attribute or the implicit role based on the element. For example, `a` elements have an implicit role of `link`.

`role=button`  `role=button`  `role=button`
https://enzocustom.com/referral

Line 1773 1779 1786

🔴 An element with `aria-hidden=true` contains focusable content.

**WCAG 2.1 A 4.1.2**
**Section 508 (2017) A 4.1.2**

2 pages

The hidden element and its contents are not voiced by a screen reader, but the contents contain an element with `tabindex` set or active `a`, `button`, `input`, `select` and `textarea` controls. The user can tab to these or focus via touch and hears only silence.

https://enzocustom.com/

Line 3148 3156 3164 3172 3180 ...

https://enzocustom.com/showroom

Line 1371 1383 1395 1407 1419 ...

🔴 Element `li` not allowed as child element in this context.

**HTML5 WCAG 2.1 A 1.3.1**
**Section 508 (2017) A 1.3.1**

44 pages

The `li` element must appear inside a `ol` or `ul` element. Without the parent list element it looks like a bullet list, but is not voiced as a list by a screen reader.

https://enzocustom.com/

Line 747 907 1100 1316

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://enzocustom.com/shop | Line 601 761 954 1170 | |
| | https://enzocustom.com/shop/accessories/cuff-links | Line 916 1076 1269 1485 | |
| | https://enzocustom.com/shop/accessories/ties | Line 916 1076 1269 1485 | |
| | https://enzocustom.com/shop/bomber-jacket | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/dynamic-shirt | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/hunting-jacket | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/jacket | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/overcoat | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/suit-2p | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/suit-3p | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/trench-coat | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/trousers | Line 922 1082 1275 1491 | |
| | https://enzocustom.com/shop/tuxedo/dynamic-tuxedo-shirt | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-2p | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-3p | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-jacket | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-trouser | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-waistcoat | Line 906 1066 1259 1475 | |
| | https://enzocustom.com/shop/waistcoat | Line 922 1082 1275 1491 | |

This issue was found on another 24 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

🔴  Links must have an accessible name.

WCAG 2.1 A F89
Section 508 (2017) A F89

2.4.4 2.4.9 4.1.2

31 pages

A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:

- Add text between the `a` element start and end tags
- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute
- Add an `img alt` attribute labeling the link if it contains an `img` element

| | | | |
|---|---|---|---|
| | https://enzocustom.com/ | Line 3337 3337 3386 3386 3386 ... | |
| | https://enzocustom.com/shop | Line 1535 1541 1547 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://enzocustom.com/shop/accessories/cuff-links | Line 1758 1764 1770 | |
| | https://enzocustom.com/shop/accessories/ties | Line 1758 1764 1770 | |
| | https://enzocustom.com/shop/bomber-jacket | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/dynamic-shirt | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/hunting-jacket | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/jacket | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/overcoat | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/suit-2p | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/suit-3p | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/trench-coat | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/trousers | Line 1764 1770 1776 | |
| | https://enzocustom.com/shop/tuxedo/dynamic-tuxedo-shirt | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-2p | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-3p | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-jacket | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-trouser | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/tuxedo/tuxedo-waistcoat | Line 1742 1748 1754 | |
| | https://enzocustom.com/shop/waistcoat | Line 1764 1770 1776 | |

This issue was found on another 11 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| ● | Some pages have the same title , so the title cannot be used to distinguish pages. | WCAG 2.1 A F25<br>Section 508 (2017) A F25 | 15 pages |
| | Change the title elements so they are unique for each page. | 2.4.2 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/accessibility | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/privacy-policy | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/accessories | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/accessories/bags | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and | Line 6 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://enzocustom.com/shop/accessories/cuff-links | | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/accessories/pocket-square | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/accessories/suspenders | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/accessories/ties | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/bomber-jacket | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/hunting-jacket | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/overcoat | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/trench-coat | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/tuxedo | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/shop/tuxedo/tuxedo-waistcoat | Line 6 | |
| | ' Enzo Custom \| Custom Tailoring & Luxury Mens Suits for the Modern Gentleman' is used on https://enzocustom.com/ and https://enzocustom.com/terms-and-conditions | Line 6 | |
| 🔴 | The element a must not appear as a descendant of the button element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |
| | https://enzocustom.com/referral | Line 1774 1780 1787 | |
| 🔴 | The interactive element a must not appear as a descendant of the button element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://enzocustom.com/referral | Line 1774 1780 1787 | |
| 🔴 | The label element is blank. | WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |
| | Add text to the label describing the associated control. | 1.3.1 2.4.6 | |
| | https://enzocustom.com/accessibility | Line 1669 | |

## Level AA

3 issues on 6 pages

| Priority | Description | Guideline and Line# | Count |
|---|---|---|---|
| 🟠 | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 3 pages |
| 🟠 | If you set any of the colors on the body or a elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 4 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78 Section 508 (2017) AA F78 | 4 pages |

## Level AAA

4 issues on 44 pages

| Priority | Description | Guideline and Line# | Count |
|---|---|---|---|
| 🟠 | Avoid specifying a new window as the target of a link with target=_blank. | WCAG 2.1 AAA F22 | 31 pages |
| 🟠 | Each section of content should begin with a heading element (h1, h2, h3), but this page has no headings. | WCAG 2.1 AAA 2.4.10 | 13 pages |
| 🟠 | Many people with cognitive disabilities (including dyslexia) find text styled with text-align:justify hard to read. | WCAG 2.1 AAA F88 | 30 pages |
| 🟠 | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 1 pages |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| Priority | Description | Guideline and Line# | Count |
|---|---|---|---|
| ⚪ | role is ignored on this element. | ARIA 1.2 Role Conflict | 1 pages |