| | |
|---|---|
| UNITED STATES DISTRICT COURT | FOR: |
| SOUTHERN DISTRICT OF NEW YORK | JOSEPH & NORINSBERG, LLC |

**Plaintiff / Petitioner:**
BENJAMIN BUTLER,

**Defendant / Respondent:**
ENZO CUSTOM CLOTHIERS NEW YORK, INC.,

**AFFIRMATION OF SERVICE**

Case No:
1:26-cv-01491-JPO

Date Filed: 02/24/2026

State of New York, County of KINGS) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on Thursday, March 05, 2026 AT 03:07 PM AT 315 MADISON AVENUE, 14TH FLOOR, NEW YORK, NY 10017, c/o Eli Sved, actual place of business, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on Enzo Custom Clothiers New York, Inc.,

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant therein named, by delivering a true copy of each to JAMES SEXTON, who provided verbal confirmation that he/she is authorized to accept service.

[ ] **Suitable Person:** a defendant therein named, by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** a defendant therein named, by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and said wrapper to be deposited in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Delivery and mailing effected within twenty days of each other.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Perceived Age: 50-65 | Perceived Ethnicity: Caucasian | Perceived Gender: Male | Perceived Weight: 200+ | |
| Perceived Height: 5'10" | Perceived Hair: Gray | Perceived Eyes: | Relationship: Authorized | |

Other: n/a

*[signature]*

JEREMIAH CHARLES
LIC# 2100727-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

Pursuant to CPLR 2106 I affirm this 07 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

## PHOTO

