**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Benjamin Butler, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- vs. -<br><br>Enzo Custom Clothiers New York, Inc.,<br><br>Defendant. | DOCKET NO. 26-cv-1491 (JPO) (SDA)<br><br>**NOTICE OF APPEARANCE** |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Enzo Custom Clothiers New York, Inc.

Dated: March 12, 2026

____________________________
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant