UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN BUTLER, *on behalf of himself and all others similarly situated*,
Plaintiff,

-v-

ENZO CUSTOM CLOTHIERS NEW YORK, INC.,
Defendant.

26-CV-1491 (JPO)

ORDER OF REFERENCE TO MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above-entitled action is referred to the Honorable Stewart D. Aaron, United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)

______________________________________

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

__X__ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

______________________________________

The parties are directed to confer with each other and with the magistrate judge to determine the most fruitful time to hold the settlement conference.

SO ORDERED.

Dated: July 28, 2026
New York, New York

J. PAUL OETKEN
United States District Judge